UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60315-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.

W. ANTHONY HUFF, DANNY L.
PIXLER, ANTHONY R. RUSSO,
OTHA RAY MCCARTHA, and
CHARLES J. SPINELLI,

      Defendants,

and

SHERI HUFF, ROXANN PIXLER,
MIDWEST MERGER MANAGEMENT, LLC,
and BRENTWOOD CAPITAL
CORPORATION,

      Relief Defendants.
_____/

**ORDER ENTERING DEFAULT AS TO RELIEF DEFENDANT BRENTWOOD CAPITAL CORPORATION**

    THIS MATTER is before the Court sua sponte. The Court has reviewed the entire court file herein and is otherwise fully advised in the premises.

    The Court notes that on or about March 11, 2008, Relief Defendant Brentwood Capital Corporation was duly served with a copy of the Summons and Complaint filed herein and that said Relief Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law. The Court further notes that the Clerk of the United States District Court for the Southern District of Florida has entered Default (DE 32) against

Relief Defendant Brentwood Capital Corporation.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Default (DE 32) entered by the Clerk of the United States District Court for the Southern District of Florida against Relief Defendant Brentwood Capital Corporation is hereby approved, adopted and ratified by the Court. Default Final Judgment shall be entered by separate Order of the Court when, and if, liability is established against one or more of Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of May, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

All Counsel of Record