UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.                           **CASE NO.  08-60315-CIV-ROSENBAUM**

**W. ANTHONY HUFF,**
**DANNY L. PIXLER,**
**ANTHONY R. RUSSO,**
**OTHA RAY MCCARTHA, and**
**CHARLES J. SPINELLI,**

      **Defendants,**

**SHERI HUFF, ROXANN PIXLER,**
**MIDWEST MERGER MANAGEMENT, LLC, and**
**BRENTWOOD CAPITAL CORPORATION,**

      **Relief Defendants.**

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO**
**BRING ELECTRONIC DEVICES AND RELATED EQUIPMENT**
**INTO THE COURTROOM FOR TRIAL**

THIS CAUSE came before the Court on Plaintiff Securities and Exchange Commission's Motion for permission to bring electronic devices and related equipment into the courtroom for trial.

**THE COURT** has considered the motion and record herein and noting it is unopposed, accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Commission, its staff, courtroom presentation specialist Constance "Connie" Ulvinen, technical support contract agents and expert R. David Wallace, shall be permitted to bring their laptops, a projector, elmo, monitor, big screen, speakers and accompanying

1

electronic devices and equipment into Judge Rosenbaum's Courtroom beginning February 12, 2010, and may keep the devices and equipment there until the trial of this matter concludes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 11th day of February, 2010.

                                                                                    _____
                                                                                    **ROBIN S. ROSENBAUM**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel and Parties of Record