UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.                                                              CASE NO.  08-60315-CIV-ROSENBAUM

W. ANTHONY HUFF,
DANNY L. PIXLER,
ANTHONY R. RUSSO,
OTHA RAY MCCARTHA, and
CHARLES J. SPINELLI,

        Defendants,

SHERI HUFF, ROXANN PIXLER,
MIDWEST MERGER MANAGEMENT, LLC, and
BRENTWOOD CAPITAL CORPORATION,

        Relief Defendants.
_____/

### ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO BRING EXHIBITS AND OTHER EVIDENCE INTO THE COURTROOM ON FEBRUARY 12, 2010

**THIS CAUSE** came before the Court on Plaintiff Securities and Exchange Commission's Motion to bring exhibits and other evidence into the courtroom on February 12, 2010.

**THE COURT** has considered the motion and record herein and noting it is unopposed, accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Court permits the Commission's courier service, 90 Minute Courier to bring the Commission's exhibits and other evidence to Judge Rosenbaum's courtroom on February 12, 2010.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 11th day of February, 2010.

_____
**ROBIN S. ROSENBAUM**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel and Parties of Record

2