UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60315-CIV-ROSENBAUM
(CONSENT CASE)

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

W. ANTHONY HUFF,
DANNY L. PIXLER,
ANTHONY R. RUSSO,
OTHA RAY MCCARTHA, and
CHARLES J. SPINELLI,

        Defendants,

SHERI HUFF, ROXANN PIXLER,
MIDWEST MERGER MANAGEMENT, LLC, and
BRENTWOOD CAPITAL CORPORATION,

        Relief Defendants.
_____/

**ORDER**

This matter comes before the Court upon the parties' objections to the designations of deposition testimony for use at trial [D.E. 236, D.E. 237]. As announced prior to trial, the Court overruled the general objections to the use of deposition testimony for the witnesses Vera Michele Brown, Danny L. Pixler, William Baumgardner, Jr., Richard Steen, Lloyd Davis, Brian Sly, and Thomas Cunningham[1] and similarly overruled all objections to colloquy of counsel, noting that the Court is aware that counsel's statements do not constitute evidence. For purposes of the record, the

---

[1] As for the deposition transcript of Ivan Dobrin, the Court required the SEC to present the live testimony of Dobrin, *see* D.E. 234, but allowed the use of the deposition for purposes of impeachment and refreshing of the witness's recollection.

Court now states its rulings on the remainder of the objections to the deposition testimony. All objections are overruled except for those identified below, which are sustained:

Vera Michele Brown Deposition - Volume I

35:10 - 36:8[2]

44:12 - 44:23

239:4 - 239:16

243:3 - 244:1

249:15 - 250:16

251:18 - 253:7

Vera Michele Brown Deposition - Volume II

9:4 - 16:12

18:11 - 19:10

23:15 - 26:20

27:4 - 33:8

42:22 - 75:23

Brian N. Sly Deposition

None

Lloyd W. Davis Deposition

None

---

[2] The number preceding the colon represents the page number, and the number following it refers to the line number.

William Louis Baumgardner, Jr., Deposition[3]

62:16 - 64:9

67:13 - 68:12

107:22 - 110:9

Danny L. Pixler Deposition

30:9 - 30:12

82:12 - 83:2

122:22 - 123:5

129:15 - 130:8

130:23 - 131:12

133:5 - 133:17

254:7 - 254:9

254:14 - 254:16

Ivan Dobrin Deposition

19:20 - 19:23

36:8 - 36:10

86:10 - 86:25

Richard Steen Deposition

21:16 - 22:6

---

[3] The version of Baumgardner's deposition filed with the Court [D.E. 214-11; PX 950] does not appear to match up with the portions to which Defendant objects.  Nevertheless, the Court has made its best efforts to attempt to discern to which portions of the Baumgardner deposition Defendant objects.

23:13 - 23:20

28:24 - 30:8

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of October 2010.

                                             *[signature]*
                                             **ROBIN S. ROSENBAUM**
                                             **UNITED STATES MAGISTRATE JUDGE**

cc:      All Counsel and Parties of Record