UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60315-CIV-ROSENBAUM
(CONSENT CASE)

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

W. ANTHONY HUFF,
DANNY L. PIXLER,
ANTHONY R. RUSSO,
OTHA RAY MCCARTHA, and
CHARLES J. SPINELLI,

        Defendants,

SHERI HUFF, ROXANN PIXLER,
MIDWEST MERGER MANAGEMENT, LLC, and
BRENTWOOD CAPITAL CORPORATION,

        Relief Defendants.
_____/

## ORDER

This matter is before the Court on the seven-day bench trial held in this case. The Court has previously entered its Findings of Fact and Conclusions of Law [D.E. 308]. By **Wednesday, October 20, 2010**, Plaintiff Securities and Exchange Commission shall file with the Court a proposed Final Judgment consistent with the Findings of Fact and Conclusions of Law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of October 2010.

                                                    */s/ Robin S. Rosenbaum*
                                                **ROBIN S. ROSENBAUM**
                                                **UNITED STATES MAGISTRATE JUDGE**

cc:    All Counsel and Parties of Record